FILE COPY

RE: Case No. 15-0349                DATE: 5/8/2015
    COA #: 13-14-00185-CV    TC#: A-183,004
STYLE: THOMAS W. HARRISON
    v. WELLS FARGO BANK, N.A., AS SUCCESSOR BY MERGER TO
    WACHOVIA BANK, N.A.

    Today the Supreme Court of Texas granted the
motion for extension of time to file petition for
review under TEX. R. APP. P. 53.7(f) in the above-

                    MS. DORIAN E. RAMIREZ
                    CLERK, THIRTEENTH COURT OF
                    APPEALS
                    901 LEOPARD STREET, 10TH FLOOR
                    CORPUS CHRISTI, TX  78401